IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDA M. RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CREDIT GLORY, INC., | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:22-CV-2095-C |

## DEFAULT JUDGMENT

On this date, the Court considered Plaintiff's Motion for Default Judgment, the Court finds Plaintiff's Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that default judgment is entered in favor of Plaintiff against Defendant in the amount of:

(1) actual damages of $17,500.00;

(2) attorney's fees and costs of $2,480.10;

(3) post-judgment interest at the applicable statutory rate.

Signed this 27th day of December, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE